UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

**UNITED STATES OF AMERICA**

v.                                                      Case No: 6:99-cr-218-Orl-41KRS

**STELLA M. LEWIS**
_____/

**ORDER**

THIS CAUSE is before the Court on the United States' Renewed Motion for Entry of Final Order in Garnishment (Doc. 275). United States Magistrate Judge Karla R. Spaulding entered a Report and Recommendation (the "R&R," Doc. 276), which recommends that the motion be granted and that the Court enter a final order of garnishment directing the State Board of Administration of Florida to liquidate the nonexempt interest in Defendant Stella Lewis's Florida Retirement System Investment Plan account.

After an independent *de novo* review of the record and noting that no objections were timely filed, this Court agrees entirely with the findings of fact and conclusions of law in the R&R.

Accordingly, it is **ORDERED** and **ADJUDGED** as follows:

1. The Report and Recommendation (Doc. 276) is **ADOPTED** and **CONFIRMED** and made a part of this Order.

2. The United States' Renewed Motion for Entry of Final Order in Garnishment (Doc. 275) is **GRANTED**.

3. Garnishee State Board of Administration of Florida is **DIRECTED** to liquidate Defendant Stella Lewis's nonexempt interest in Defendant Lewis's Florida

Retirement System Investment Plan account and to pay to the United States the proceeds of this account.

4. Payment to the United States pursuant to this Order shall bear the notation "Stella M. Lewis, Case No. 6:99-cr-218-ORL-41KRS," be made payable to "Clerk, United States District Court," and be sent to:

> Clerk, United States District Court
> ATTN: DCU
> 401 West Central Boulevard, Suite 1200
> Orlando, Florida 32801

5. Pursuant to 28 U.S.C. § 3205(c)(10), the writ of garnishment directed to the State Board of Administration of Florida in this matter (Doc. 267) shall terminate upon payment of these funds.

**DONE** and **ORDERED** in Orlando, Florida on January 29, 2016.



CARLOS E. MENDOZA
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record